# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00407-CR

**Michael Walker, Appellant**

**v.**

**State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
### NO. D-1-DC-09-200673, HONORABLE BRENDA P. KENNEDY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On June 19, 2009, the trial court signed a judgment of conviction accepting appellant Michael Walker's guilty plea to felony cocaine possession and sentencing him to three years imprisonment. On July 3, appellant filed a notice of appeal from the judgment of conviction. The trial court has certified that the cause is a plea bargain case and that appellant has no right of appeal. Thus, the appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed:  October 8, 2009

Do Not Publish